

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson Macedo de **CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On January 18, 2019, we reinstated this appeal and ordered the trial court clerk to file a supplemental clerk's record containing the omitted pleadings from the original cause of action (Cause No. 2016-CVF-003081-D1) up until the date of severance. The supplemental clerk's record has been filed. Accordingly, the appellants' brief is due ***within thirty days*** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court